# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
NANCY WOODS,                                    Civil Action No.
                                                1:14-cv-9116

                Plaintiff,

  -against-

WILLIAM BERKMAN, individually, and              **STIPULATION OF**
ASSOCIATED PARTNERS, LP,                        **DISMISSAL**

                Defendants.
------------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED,** by and between Defendants William Berkman and Associated Group Management, LLC (improperly named as Associated Partners, LP), and Plaintiff Nancy Woods, by and through their respective counsel, as follows: none of the parties to this Stipulation being an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party to this action having an interest in the subject matter of this action, all claims in the above-captioned action are dismissed with prejudice.

IT IS FURTHER STIPULATED AND AGREED that each party to the Stipulation shall bear its own costs.

Dated: New York, New York
December 17, 2014

By: _____
Eve I. Klein
Christina Joy F. Grese
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
(212) 692-1000
Attorneys for Defendants

By: _____
Jonathan S. Sack
SACK & SACK, ESQS.
110 East 59th Street, 19th Floor
New York, NY 10022
(212) 702-9000
Attorneys for Plaintiff